# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142139

TERESA C. JARVIS,
      Plaintiff-Appellant,
and

MICHIGAN CONFERENCE OF TEAMSTERS
WELFARE FUND,
      Intervening Plaintiff,

v

HENRY FORD HEALTH SYSTEM,
      Defendant-Appellee.

SC: 142139
COA: 297986
WCAC: 09-000185

_____/

On order of the Court, the application for leave to appeal the November 10, 2010 order of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

_____
Clerk

0330